UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHAD BARTA,

    Plaintiff,

v.                                            Case No: 2:13-cv-897-FtM-38DNF

R.A.T. MANAGEMENT, INC., and
RICHARD A. THOMA

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Chad Barta and Defendants R.A.T. Management, Inc. and Richard A. Thoma's Stipulation of Dismissal With Prejudice (Doc. #24) filed on June 13, 2014. This matter was brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201m *et seq.* for recovery of unpaid overtime compensation, liquated damages, and attorneys' fees and costs allegedly owed to Plaintiff. (Doc. #1)

The parties inform the Court that Plaintiff's claims have been resolved without compromise. (Doc. #24). The Court, therefore, need not approve the settlement for fairness. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on h[er] FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

Moreover, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). To that end, the parties voluntarily dismiss this case with prejudice under Rule 41(a)(1)(A)(ii); and both parties have signed the Stipulation of Dismissal (Doc. #24). The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Chad Barta's Complaint (Doc. #1) is **DISMISSED with prejudice**.
2. The Clerk of Court is directed to enter judgment accordingly, terminate all pending motions and previously scheduled deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of June, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record